## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PLOURD, an individual,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>RABOBANK, N.A., a United States National Banking Association,<br><br>　　　　　　Defendant | CASE NO.:   07 CV 663 JM (WMc)<br><br>**ORDER OF DISMISSAL** |

ON MOTION OF THE PARTIES, and good cause appearing, it is hereby ordered that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: March 17, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge